# NO. 12-14-00017-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *THE CITY OF ATHENS, TEXAS, A MUNICIPAL CORPORATION OF THE COUNTY OF HENDERSON, TEXAS, APPELLANT* | § | *APPEAL FROM THE 173RD* |
| *V.* | | |
| | § | *JUDICIAL DISTRICT COURT* |
| *ATHENS MUNICIPAL WATER AUTHORITY, A MUNICIPAL UTILITY DISTRICT AND POLITICAL SUBDIVISION OF THE STATE OF TEXAS, APPELLEE* | § | *HENDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

The parties to this appeal have filed a joint motion to dismiss the appeal. In their motion, the parties state that they have reached an agreement to compromise and settle their differences. According to the motion, the parties have agreed that (1) certain claims made the basis of the underlying lawsuit that occurred in the past and claims for damages as of the filing date of the parties' joint motion shall be dismissed with prejudice to refiling; (2) all other claims made the basis of the lawsuit that occurred in the past shall be dismissed with prejudice to refiling; and (3) all future claims of Athens Municipal Water Authority against the City of Athens are reserved and not addressed by the dismissal of the appeal. They ask this court to render judgment effectuating their agreement. *See* TEX. R. APP. P. 42.1(a)(2).

We ***grant*** the joint motion to dismiss. We ***render*** judgment effectuating the parties' settlement agreement, and ***dismiss*** the appeal. In accordance with agreement of the parties, costs on appeal are taxed against the party incurring them. *See* TEX. R. APP. P. 42.1(d).

Opinion delivered October 15, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### OCTOBER 15, 2014

### NO. 12-14-00017-CV

**THE CITY OF ATHENS, TEXAS, A MUNICIPAL CORPORATION
OF THE COUNTY OF HENDERSON, TEXAS,**
Appellant
V.
**ATHENS MUNICIPAL WATER AUTHORITY, A MUNICIPAL UTILITY DISTRICT
AND
POLITICAL SUBDIVISION OF THE STATE OF TEXAS,**
Appellee

Appeal from the 173rd District Court

of Henderson County, Texas (Tr.Ct.No. 2013A-1145)

THIS CAUSE came to be heard on the appellate record and the joint motion of the parties to dismiss the appeal herein for the reason that they have reached an agreement to compromise and settle their differences, and for this Court to render judgment effectuating the parties' settlement agreement. Having heard and considered said motion, this Court is of the opinion the same should be **granted**.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that judgment is hereby rendered effectuating the parties' settlement agreement and that this appeal be, and the same is, hereby **dismissed**; all costs on appeal are taxed against the party incurring them; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*